

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-21-00523-CV

Leonardo **SAENZ**,
Appellant

v.

Julia **SAENZ**,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 21-02-00035CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The Appellant's Motion for Rehearing is hereby DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court